# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LUBA CASUALTY INSURANCE
COMPANY

VERSUS

WASHINGTON-ST. TAMMANY
ELECTRIC COOPERATIVE, INC.

NO.   2026 CW 0046

**MARCH 23, 2026**

---

In Re:   Washington-St. Tammany Electric Co-Op, Inc. and
Federated Rural Electric Insurance Exchange, applying
for supervisory writs, 21st Judicial District Court,
Parish of Tangipahoa, No. 20202307.

---

BEFORE:   **McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.**

**HG**
**TPS**

   **McClendon, C.J.,** concurs. The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT